## U.S. District Court for the Northern District of Illinois
## Attorney Appearance Form

Case Title:
BRITNEE KENYON,
v.
BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, THOMAS KRIEGER, MICHELLE HAMMER BERNSTEIN.

Case Number: 1:24-cv-09878

An appearance is hereby filed by the undersigned as attorney for:
BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, and THOMAS KRIEGER

Attorney name:   William R. Pokorny
Firm:            FRANCZEK PC
Street address:  300 S. Wacker Drive, Suite 3400
City/State/Zip:  Chicago, IL 60606

Bar ID Number:   6275705              Telephone Number:   312-986-0300

Email Address: wrp@franczek.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 10, 2024

Attorney signature:   */s/ William R. Pokorny*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 10, 2024, he caused a copy of the foregoing **APPEARANCE** to be e-filed using the CM/ECF e-filing system and served U.S. Mail, proper postage prepaid, and electronic mail on all parties of record, namely:

>Adam M. Berger
>Myles R. Carroll
>Miller Berger, LLC
>20 N. Clark Street, Suite 525
>Chicago, Illinois 60602
>adam@millerberger.com
>myles@millerberger.com

>*/s/ William R. Pokorny*