**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRITNEE KENYON,<br><br>                    Plaintiff,<br><br>          v.<br><br>BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, THOMAS KRIEGER, MICHELLE HAMMER BERNSTEIN,<br>                    Defendants,<br>          and<br><br>J.L.,<br>                    Respondent in Discovery | Case No.: 1:24-cv-09878<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, October 22, 2024 at 10:00 a.m.,** we shall appear before **Judge Sharon Johnson Coleman, Courtroom 1241**, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, or any judge sitting in her stead and shall present **Defendants' Motion For Leave to File Under Seal**, a copy of which is attached hereto and hereby served upon you.

Dated: October 14, 2024

Respectfully submitted,

**THE BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, and THOMAS KRIEGER**, Defendants.

By: */s/ William R. Pokorny*
　　One of their attorneys

William R. Pokorny
wrp@franczek.com
FRANCZEK P.C.
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606
(312) 986-0300