**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Kenyon v. Board of Education for Township High School District 113 et

Case Number: 1:24-cv-09878

An appearance is hereby filed by the undersigned as attorney for:

Britnee Kenyon

Attorney name (type or print): Myles R. Carroll

Firm: Miller Berger, LLC

Street address: 20 N. Clark St., Ste. 525

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6335660
(See item 3 in instructions)

Telephone Number: 3122734031

Email Address: Myles@millerberger.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2024

Attorney signature: S/ Myles R. Carroll
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023