# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:
BRITNEE KENYON v. BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, THOMAS KRIEGER, MICHELLE HAMMER BERNSTEIN.

Case Number: 1:24-cv-09878

An appearance is hereby filed by the undersigned as attorney for:
MICHELLE HAMMER BERNSTEIN

Attorney name (type or print): Geoffrey R. Surtees

Firm: American Center for Law & Justice

Street address: PO Box 60

City/State/Zip: New Hope, KY, 40052

Bar ID Number: 89063 (KY)
(See item 3 in instructions)

Telephone Number: 502-549-7020

Email Address: gsurtees@aclj.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 29, 2024

Attorney signature: S/ Geoffrey R. Surtees
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023