U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Kenyon v. Bernstein, et al.   Case Number: 24-cv-09878

An appearance is hereby filed by the undersigned as attorney for:
Michelle Hammer Bernstein

Attorney name (type or print): Charles E. Hervas

Firm: Hervas, Condon & Bersani, P.C.

Street address: 333 Pierce Rd., Suite 195

City/State/Zip: Itasca, IL 60143

Bar ID Number: 06185117
(See item 3 in instructions)

Telephone Number: 630-773-4774

Email Address: chervas@hcbattorneys.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 30, 2024

Attorney signature: S/ Charles E. Hervas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRITNEE KENYON, | ) |
| | ) |
| Plaintiff, | ) Case No. 24-cv-09878 |
| | ) |
| v. | ) Removed from the Circuit Court |
| | ) for the Nineteenth Judicial Circuit, |
| BOARD OF EDUCATION OF TOWNSHIP | ) Lake County, Illinois |
| HIGH SCHOOL DISTRICT 113, DANIEL | ) Case No. 2024 LA 411 |
| STRUCK, Individually and in his Official Capacity, | ) |
| THOMAS KRIEGER, Individually and in his | ) |
| Official Capacity, and | ) |
| MICHELLE HAMMER BERNSTEIN, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants, | ) |
| | ) |
| J. L., | ) |
| | ) |
| Respondent in Discovery. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 30, 2024**, I electronically filed the foregoing **Appearance of Charles E. Hervas** with the Clerk of the District Court for the Northern District of Illinois, using the CM/ECF system, and I emailed notification to the following CM/ECF participants:

**TO:** Adam M. Berger  
Myles Ramon Carroll  
Miller Berger, LLC  
20 N. Clark St., Suite 525  
Chicago, IL 60602  
adam@millerberger.com  
myles@millerberger.com  

William R. Pokorny  
Franczek, PC  
300 S. Wacker Dr., Suite 3400  
Chicago, IL 60606  
wrp@franczek.com  

**s/ Charles E. Hervas**
CHARLES E. HERVAS, ARDC No. 06185117
HERVAS, CONDON & BERSANI, P.C.
*Attorney for Defendant, Michelle Hammer Bernstein*
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
chervas@hcbattorneys.com