IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRITNEE KENYON,<br>                        Plaintiff,<br>    v.<br>BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, THOMAS KRIEGER, MICHELLE HAMMER BERNSTEIN,<br>                        Defendants,<br>    and<br>J.L.,<br>                        Respondent in Discovery | Case No. 1:24-cv-09878<br><br>Judge Sharon Johnson Coleman |

## DEFENDANT MICHELLE BERNSTEIN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) AND THE ILLINOIS CITIZEN PARTICIPATION ACT

Defendant Michelle Bernstein, by and through undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Illinois Citizen Participation Act, 735 ILCS 110/1 *et seq.*, to dismiss Plaintiff's complaint against her. As delineated in more detail in the memorandum that accompanies this motion, Plaintiff's three causes of action against Bernstein should be dismissed because (1) they are barred by the Illinois Citizen Participation Act's prohibition of lawsuits that are designed to chill public advocacy; (2) the First Amendment prohibits the claims again Bernstein; and (3) the Plaintiff has failed to plead a claim. Defendant also requests attorneys' fees pursuant to 735 ILCS 110/25, which awards those fees to defendants in actions brought under the Illinois Citizen Participation Act.

Defendant Bernstein has agreed with the Plaintiff on the following proposed schedule: the parties propose that Plaintiff Kenyon's response to this Motion be due December 23, 2024, and that Defendant Bernstein's reply be due January 13, 2025.

Dated: November 18, 2024                                             Respectfully submitted,

CHARLES E. HERVAS,
(ARDC No. 06185117)
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
chervas@hcbattorneys.com

**THE AMERICAN CENTER FOR LAW AND JUSTICE**

| | |
|---|---|
| By: */s/ Nathan J. Moelker*<br>NATHAN J. MOELKER**<br>(VA Bar No. 98313)<br>201 Maryland Avenue, NE<br>Washington, D.C. 20002<br>Telephone: (202) -641-9160<br>Facsimile: (202) 546-9309<br>Email: nmoelker@aclj.org | GEOFFREY R. SURTEES*<br>PO Box 60<br>New Hope, KY 40052<br>(502) 549-7020<br>gsurtees@aclj.org |

ABIGAIL SOUTHERLAND**
(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
Email: asoutherland@aclj.org

*Counsel for Defendant Michelle Bernstein*

* Admitted in this Court's General Bar.
** Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on November 18, 2024, he caused a copy of the foregoing Defendant's Motion to Dismiss to be e-filed using the CM/ECF e-filing system which will serve all parties of record.

                                                                      */s/ Nathan J. Moelker*