IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRITNEE KENYON,<br>      Plaintiff,<br>v.<br>BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, THOMAS KRIEGER, MICHELLE HAMMER BERNSTEIN,<br>      Defendants,<br>and<br>J.L.,<br>      Respondent in Discovery | Case No. 1:24-cv-09878<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, December 3, 2024 at 10:00 a.m., we shall appear before Judge Sharon Johnson Coleman, Courtroom 1241, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, or any judge sitting in her stead and shall present **Defendant Michelle Bernstein's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6) and the Illinois Citizen Participation Act**, a copy of which is attached hereto and hereby served upon you.

Dated: November 18, 2024              Respectfully submitted,

CHARLES E. HERVAS,
(ARDC No. 06185117)
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
chervas@hcbattorneys.com

**THE AMERICAN CENTER FOR
LAW AND JUSTICE**

By: */s/ Nathan J. Moelker*  
NATHAN J. MOELKER**  
(VA Bar No. 98313)  
201 Maryland Avenue, NE  
Washington, D.C. 20002  
Telephone: (202) -641-9160  
Facsimile: (202) 546-9309  
Email: nmoelker@aclj.org  

ABIGAIL SOUTHERLAND**  
(TN. Bar. No. 026608)  
625 Bakers Bridge Ave., Suite 105-121  
Franklin, Tennessee 37067  
Tel. 615-599-5572  
Fax: 615-599-5180  
Email: asoutherland@aclj.org  

*Counsel for Defendant Michelle Bernstein*

\* Admitted in this Court's General Bar.  
\*\* Admitted Pro Hac Vice

GEOFFREY R. SURTEES*  
PO Box 60  
New Hope, KY 40052  
(502) 549-7020  
gsurtees@aclj.org

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 18, 2024, he caused a copy of the foregoing Defendant's Notice of Motion to Dismiss to be e-filed using the CM/ECF e-filing system which will serve all parties of record.

*/s/ Nathan J. Moelker*