**EXHIBIT A**

# PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

**Court:** CIRCUIT
**Case No.:** 2024LA441
**County:** LAKE

**Serve:** MICHELLE HAMMER BERNSTEIN

**Address:**
1103 W CAMINO REAL
APT 718
BOCA RATON, FL 33432

**Attorney:**
MILLER BERGER LLC
C/O MYLES R CARROLL
20 N CLARK STREET
STE 525
CHICAGO, IL 60602

**Type Of Writ:**
ALIAS SUMMONS & COPY & COPY OF VERIFIED COMPLAINT AT LAW

**Plaintiff:** BRITNEE KENYON

**Defendant:**
BOARD OF EDUCATION TOWNSHIP HIGH SCHOOL DISTRICT 113 ET AL

Received this Writ on October 1, 2024 at 11:02 AM and served the same on the within named defendant **at 10:10 AM on October 11, 2024,** in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Jamil Amar **by personally** delivering to and leaving with said defendant a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above documents.

By: *Jamil Amar #6367*
    Jamil Amar   6367