# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Britnee Kenyon

                                Plaintiff,

v.                                               Case No.: 1:24−cv−09878

                                                         Honorable Sharon Johnson Coleman

Board of Education for Township High School District 113, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's motion for protective order [64]is granted. Plaintiff is ordered to submit a clean version of the proposed confidentiality order to the Court's proposed order inbox (Proposed_Order_Jantz@ilnd.uscourts.gov) for review and entry by 3/14/25. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.