IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITNEE KENYON, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-09878 |
| BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 113, DANEIL STRUCK, THOMAS KRIEGER, and MICHELLE HAMMER BERNSTEIN, | Judge Sharon Johnson Coleman |
| Defendants. | |

## DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

Notice is hereby provided in accordance with Local Rule 83.17, that Reva G. Ghadge of Franczek P.C., will be acting as one of the counsel of record on behalf of Defendants Board of Education of Township High School District 11, Daniel Struck, and Thomas Krieger ("the Defendants"), in substitution for and in lieu of Audrey H. Shinn, formerly of Franczek P.C., who previously appeared on behalf of Defendants in this matter and whose appearance as counsel in this matter is hereby withdrawn. Ms. Ghadge is admitted to this Court's general bar and is in good standing. The appearance of Ms. Ghadge is being filed concurrently with this Notice.

Dated: March 24, 2025

Respectfully Submitted,

**BOARD OF EDUCATION TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, AND THOMAS KRIEGER**, Defendants.

By: __s/William R. Pokorny__
One of their attorneys

3402480.1

William R. Pokorny (ARDC 6275705)
(wrp@franczek.com)
Reva G. Ghadge (ARDC #6335927)
(rgg@franczek.com)
FRANCZEK P.C.
300 S. Wacker Dr.
Suite 3400
Chicago, IL 60606
(312) 986-0300 (Office)
(312) 986-9192 (Fax)

3402480.1

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on March 25, 2025, he caused a copy of the foregoing **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM** to be e-filed using the CM/ECF e-filing system which will serve all parties of record, namely:

Adam M. Berger
Myles R. Carroll
Jianwei Du
Thomas J. Cassady
Miller Berger, LLC
20 N. Clark Street, Suite 525
Chicago, Illinois 60602
adam@millerberger.com
myles@millerberger.com
jianwei@millerberger.com
tom@millerberger.com

Geoffrey R. Surtees
American Center for Law & Justice
PO Box 60
New Hope, KY 40052
gsurtees@aclj.org

Abigail A. Southerland
American Center for Law and Justice
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
asoutherland@aclj.org

Charles E. Hervas
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
chervas@hcbattorneys.com

Nathan Jeremiah Moelker
ACLJ
201 Maryland Avenue NE
Washington, D.C. 20002
nmoelker@aclj.org

                                                                             _/s/William R. Pokorny_
                                                                               wrp@franczek.com

3402480.1