IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRITNEE KENYON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-09878 |
| | ) | |
| v. | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| BOARD OF EDUCATION TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, Individually and in his Official Capacity, THOMAS KRIEGER, Individually and in his Official Capacity, and MICHELLE HAMMER BERNSTEIN, | ) ) ) ) ) ) ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| Defendants. | | |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsels, submit the following Joint Status Report pursuant to the Court's July 21, 2025, Order [ECF No. 100]:

Plaintiff Kenyon and the Board of Education (on behalf of itself and Defendants Struck and Krieger) have agreed to participate in private mediation before the Hon. Joseph N. Casciato (Ret.), currently scheduled for August 21, 2025. They request that the stay on discovery as to Plaintiff's claims against the Board, Struck, and Krieger remain in place pending the mediation.

Defendant Bernstein has declined to participate in the private mediation but remains open to continuing with settlement discussions presided over by Judge Jantz. Defendant Bernstein believes that the discovery process will provide insight into the claims asserted and thereby provide impetus to possible settlement. Accordingly, Defendant Bernstein asks for the stay on discovery to be lifted as to Plaintiff's claims against her.

Dated: August 6, 2025

                                            Respectfully Submitted,

                                            Britnee Kenyon,

By:   */s/ Adam M. Berger*
Adam M. Berger (ARDC # 6269402)
Thomas J. Cassady (ARDC # 6307705)
Miller Berger, LLC
20 N. Clark St., Ste. 2450
Chicago, Illinois 60602
(312) 283-4563
adam@millerberger.com
tom@millerberger.com


Defendants Board of Education
Township High School District 113,
Thomas Krieger, and Daniel Struck,

By: */s/ William R. Pokorny*
William R. Pokorny
Reva Ghadge
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 786-6141
wrp@franczek.com
rgg@franczek.com


Defendant Michelle Bernstein,

By:   */s/ Nathan J. Moelker*
Nathan J. Moelker
Geoffrey R Surtees
Abigail A. Southerland
American Center for Law & Justice
P.O. Box 90555
Washington, DC 20090-05551
(800) 342-2255
gsurtees@aclj.org
asoutherland@aclj.org
nmoelker@aclj.org

2

>Charles E. Hervas
>Hervas Condon & Bersani, P.C.
>333 Pierce Road, Suite 195
>Itasca, IL 60143-3156
>(630) 773-4774
>chervas@hcbattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

>*/s/ Thomas J. Cassady*
>Thomas J. Cassady (ARDC # 6307705)
>Miller Berger, LLC
>20 N. Clark St., Ste. 2450
>Chicago, Illinois 60602
>(312) 283-4563
>Tom@millerberger.com