UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Britnee Kenyon
                                  Plaintiff,

v.                                                             Case No.: 1:24−cv−09878

                                                                                   Honorable Sharon Johnson Coleman

Board of Education for Township High School
District 113, et al.

                                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: As represented in the parties' Joint Status Report filed today [101], Plaintiff Kenyon and the Board of Education have agreed to participate in private mediation on August 21, 2025. Defendant Bernstein has declined to participate in the private mediation but remains open to continuing with settlement discussions presided over by Judge Jantz. Given that this mediation is only about 2 weeks away, this Court will revisit after 8/21/25 any necessary discovery schedules if the parties are not successful in resolving the case. A telephonic status hearing is set for 8/28/25 at 3:00 pm Central. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.