# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Britnee Kenyon

                      Plaintiff,

v.

Board of Education for Township High School District 113, et al.

                      Defendant.

Case No.: 1:24−cv−09878

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

    MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing on settlement held on 8/28/25. The parties report that private mediation was successful between the Plaintiff and the Defendant Board. The agreement must be presented and approved by the Board, which will occur at the end of next month. The Plaintiff and Defendant Bernstein continue to work towards settlement or other resolution. A continued telephonic status hearing as to Plaintiff and Defendant Bernstein is set for 9/11/25 at 2:30 p.m. A continued telephonic status hearing as to Plaintiff and the Board is set for 10/30/25 at 9:45 a.m. To join both hearings by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. The status hearing will be cancelled, and no one need call in if a stipulation to dismiss is filed with the District Judge prior to the hearing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.