Britnee Kenyon

Plaintiff,

v.

Case No.:
1:24–cv–09878

Honorable Sharon
Johnson Coleman

Board of Education for Township High School
District 113, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

     MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing on settlement held on 9/11/25. The parties provide an update on settlement efforts. The Court is now in receipt of a jointly emailed summary from the parties regarding the remaining settlement terms and disputes as between Plaintiff Kenyon and the individual Defendant. The Court will follow up with the parties following review of this summary. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.