IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITNEE KENYON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-09878 |
| | ) |
| BOARD OF EDUCATION TOWNSHIP | ) Hon. Sharon Johnson Coleman |
| HIGH SCHOOL DISTRICT 113, | ) Magistrate Judge Beth W. Jantz |
| DANIEL STRUCK, | ) |
| THOMAS KRIEGER, and | ) |
| MICHELLE HAMMER BERNSTEIN, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**

Plaintiff Britnee Kenyon, Defendants Board of Education Township High School District 113, Daniel Struck, Thomas Krieger, and Defendant Michelle Hammer Bernstein, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The parties have reached and executed settlement agreements resolving all claims and defenses asserted in this action between Plaintiff and all Defendants.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action in its entirety with prejudice and with each party bearing its own attorneys' fees, costs, and expenses, except as otherwise provided in the parties' settlement agreements.

3. As a result of the parties' settlements, all pending motions and future dates and deadlines are rendered moot.

Dated: November 13, 2025

AGREED:

*/s/ Adam M. Berger*
Adam M. Berger
Thomas J. Cassady
MILLER BERGER, LLC
20 N. Clark St., Suite 2450
Chicago, IL 60602
(312) 283-4563
adam@millerberger.com
tom@millerberger.com
**Counsel for Plaintiff**

*/s/ William R. Pokorny*
William R. Pokorny
Reva Ghadge
FRANCZEK P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 786-6141
wrp@franczek.com
rgg@franczek.com
**Counsel for Defendants**
**Board of Education Township High School District 113, Daniel Struck, and Thomas Krieger**

*/s/ Nathan J. Moelker*
Nathan J. Moelker
Geoffrey R. Surtees
Abigail A. Southerland
AMERICAN CENTER FOR LAW & JUSTICE
P.O. Box 90555
Washington, DC 20090-0555
(800) 342-2255
nmoelker@aclj.org
gsurtees@aclj.org
asoutherland@aclj.org

Charles E. Hervas
HERVAS CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
(630) 773-4774
chervas@hcbattorneys.com
**Counsel for Defendant**
**Michelle Hammer Bernstein**