IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITNEE KENYON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-09878 |
| | ) |
| BOARD OF EDUCATION TOWNSHIP HIGH SCHOOL DISTRICT 113, DANIEL STRUCK, THOMAS KRIEGER, and MICHELLE HAMMER BERNSTEIN, | ) Hon. Sharon Johnson Coleman ) Magistrate Judge Beth W. Jantz ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT**

This matter coming before the Court on the parties' Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. This action is dismissed in its entirety with prejudice with each party to bear its own attorneys' fees, costs, and expenses, except as otherwise provided in the parties' settlement agreements.

2. All pending dates, deadlines, and settings in this matter, including any settlement status hearings before Magistrate Judge Beth W. Jantz, are stricken.

3. All pending motions are denied as moot.

ENTERED:

Dated: _____, 2025     _____
Hon. Sharon Johnson Coleman
United States District Judge